# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **BERTING MARCEAU,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | **CAUSE NO. EP-26-CV-237-KC** |
| § | |
| **KRISTI NOEM et al.,** § | |
| § | |
| Respondents. § | |

## **FINAL JUDGMENT**

On this day, the Court considered the case. On February 9, 2026, the Court granted in part Berting Marceau's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Feb. 9, 2026, Order 4, ECF No. 5. Respondents have now informed the Court that an Immigration Judge ("IJ") ordered Marceau released on a $5,000.00 bond. Notice, ECF No. 6; *see id* Ex. A ("IJ Order") at 1, ECF No. 6-1.

It appears that the only remaining matter to be resolved in this case is Marceau's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 19, ECF No. 1; *see generally* Feb. 9, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**. To the extent Marceau wishes to seek additional relief from the Court, she may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 18th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE